# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO TOLLS, et al., | ) Case No.: 1:17-cv-0776 - AWI - JLT |
| Plaintiffs, | ) ORDER GRANTING THE MOTION TO WITHDRAW AS COUNSEL BY MARK ROY AND DIRECTING THE CLERK OF COURT TO UPDATE THE DOCKET |
| v. | |
| DHARAM PAL, et al., | ) (Doc. 14) |
| Defendants. | |

On September 28, 2017, Mark Roy filed a motion to withdraw as counsel for the plaintiffs, indicating he "is no longer employed by Greater Bakersfield Legal Assistance." (Doc. 14 at 1) Mr. Roy notes the plaintiffs remain "represented in the action by Liza Cristol-Deman of Brancart & Brancart and Jina Kim of Greater Bakersfield Legal Assistance." (*Id.*) In light of the remaining representation, the withdrawal will not prejudice either party. Accordingly, the Court **ORDERS**:

1. The motion to withdraw by Mark Roy (Doc. 14) is **GRANTED**; and
2. The Clerk of Court is DIRECTED to update the docket and terminate Mark Roy as an attorney to be noticed in the action.

IT IS SO ORDERED.

Dated: **September 29, 2017**          **/s/ Jennifer L. Thurston**
                                                                   UNITED STATES MAGISTRATE JUDGE