1  BASHAR ALGABYALI (SBN: 248265)
   balgabyali@gbla.org
2  JINA KIM (SBN: 276706)
   jkim@gbla.org
3  GREATER BAKERSFIELD LEGAL ASSISTANCE
4  615 California Ave.
   Bakersfield, CA 93304
5  Tel: (661) 325-5943

6  CHRISTOPHER BRANCART (SBN: 128475)
   cbrancart@brancart.com
7  LIZA CRISTOL-DEMAN (SBN: 190516)
   lcristoldeman@brancart.com
8  BRANCART & BRANCART
9  Post Office Box 686
   Pescadero, CA 94060
10 Tel: (650) 879-0141

11 Attorneys for Plaintiffs

12 JASON F. MEYER  (SBN: 190800)
   jmeyer@grsm.com
13 ANDRÉ M. PICCIURRO  (SBN: 239132)
   apicciurro@grsm.com
14 GORDON REES SCULLY MANSUKHANI, LLP
15 101 W. Broadway, Suite 2000
   San Diego, CA 92101
16 Telephone:  (619) 230-7772
   Facsimile:  (619) 696-7124

17 Attorneys for Defendants
   DHARAM PAL and VIJAY PAL
18

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO TOLLS, TANISHA WILEY, TANYA MORRISON, and ARISSA DICKSON TOLLS, <br><br> Plaintiffs, <br><br> vs. <br><br> DHARAM PAL and VIJAY PAL, <br><br> Defendants. | CASE NO.  1:17-CV-00776-AWI-JLT <br><br> **JOINT APPLICATION AND STIPULATION FOR AMENDMENT TO SCHEDULING ORDER (DOC. 11); DECLARATION OF COUNSEL; [PROPOSED] ORDER** <br><br> **(Doc. 23)** |

1     Plaintiffs Mario Tolls, Tanisha Wiley, Tanya Morrison, and Arissa Dickson Tolls and
2 Defendants Dharam Pal and Vijay Pal hereby apply and stipulate to the issuance of an amended
3 scheduling order, continuing the following deadlines:

| Event | Original Date (Doc. 11) | Proposed Date |
|---|---|---|
| Non-expert discovery cut off | May 4, 2018 | June 29, 2018 |
| Expert discovery cut off | July 13, 2018 | July 20, 2018 |
| Expert witness disclosure | May 11, 2018 | June 4, 2018 |
| Rebuttal expert disclosure | June 8, 2018 | July 2, 2018 |
| Non-dispositive motion filing deadline | July 27, 2018 | No change |
| Dispositive motion filing deadline | September 10, 2018 | No change |
| Pretrial conference | December 11, 2018 | No change |
| Trial | February 5, 2019 (5-7 days) | No change |

    There is good cause to grant this request, as set forth below and in the declaration of plaintiffs' counsel, Liza Cristol-Deman, filed herewith.

    First, the parties have been diligent throughout the litigation. Plaintiffs have taken the deposition of defendant Dharam Pal and four significant third-party witnesses. An additional witness who was subpoenaed to testify at deposition did not appear, and his deposition must be rescheduled. Defendants have deposed three out of the four plaintiffs. The parties also have propounded and responded to written discovery without requiring the intervention of the court to mediate any disputes. Despite their diligence, however, the parties need additional time to depose defendant Vijay Pal and plaintiff Arissa Dickson, and to depose at least five other third-party witnesses whose testimony may be critical: David Coston, Bakersfield Code Enforcement, Alicia Castillo, Travelers' Insurance inspectors, and Linda Eaves.

    Second, the parties held off on conducting discovery in most of April 2018, in anticipation of the voluntary mediation with Magistrate Judge Carla M. Woehrle at ADR Services that was held on April 26, 2018. The parties sought to limit attorneys' fees and costs as much as possible in the lead up to mediation, but the case did not settle.

Third, the parties need to complete the additional discovery described above before returning to settlement negotiations.

Fourth, only the deadlines set forth above are affected by granting this request. The dates for the pretrial conference and trial need not change.

Fifth, the parties have not requested any previous continuances or extensions of time.

A proposed order is lodged herewith.

Respectfully submitted,

Dated: May 1, 2018　　　　　　　　　　BRANCART & BRANCART

By: */s/ Liza Cristol-Deman*
Liza Cristol-Deman
Attorney for all Plaintiffs

Dated: May 1, 2018　　　　　　　　　　GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ André M. Picciurro*
(as authorized on May 1, 2018)
Attorneys for Defendants
DHARAM PAL AND VIJAY PAL

## **ORDER**

Good cause appearing, the Court **ORDERS** the case schedule to be amended as follows:

1. Non-expert discovery SHALL be completed by **June 29, 2018**;

2. Expert discovery SHALL be completed by **July 20, 2018**;

3. Experts SHALL be disclosed by **June 4, 2018** and any rebuttal experts SHALL be disclosed by **July 2, 2018**.

IT IS SO ORDERED.

Dated: **May 2, 2018**　　　　　　　**/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

-3-
JOINT APPLICATION AND STIPULATION FOR AMENDMENT TO SCHEDULING ORDER