1  BASHAR ALGABYALI (SBN: 248265)
   balgabyali@gbla.org
2  JINA KIM (SBN: 276706)
   jkim@gbla.org
3  GREATER BAKERSFIELD LEGAL ASSISTANCE
4  615 California Ave.
   Bakersfield, CA 93304
5  Tel: (661) 325-5943

6  CHRISTOPHER BRANCART (SBN: 128475)
   cbrancart@brancart.com
7  LIZA CRISTOL-DEMAN (SBN: 190516)
   lcristoldeman@brancart.com
8  BRANCART & BRANCART
9  Post Office Box 686
   Pescadero, CA 94060
10 Tel: (650) 879-0141

11 Attorneys for Plaintiffs

12 JASON F. MEYER (SBN: 190800)
   jmeyer@grsm.com
13 ANDRÉ M. PICCIURRO (SBN: 239132)
   apicciurro@grsm.com
14 GORDON REES SCULLY MANSUKHANI, LLP
15 101 W. Broadway, Suite 2000
   San Diego, CA 92101
   Telephone: (619) 230-7772
16 Facsimile: (619) 696-7124

17 Attorneys for Defendants
   DHARAM PAL and VIJAY PAL
18

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO TOLLS, TANISHA WILEY, TANYA MORRISON, and ARISSA DICKSON TOLLS,<br><br>                Plaintiffs,<br><br>  vs.<br><br>DHARAM PAL and VIJAY PAL,<br><br>                Defendants. | CASE NO. 1:17-CV-00776-AWI-JLT<br><br>**JOINT APPLICATION AND STIPULATION TO EXTEND TIME AND SET BRIEFING SCHEDULE FOR DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT; [~~PROPOSED~~] ORDER** |

Plaintiffs Mario Tolls, Tanisha Wiley, Tanya Morrison, and Arissa Dickson Tolls and Defendants Dharam Pal and Vijay Pal hereby apply for and stipulate to extend the deadline for plaintiffs' opposition to defendants' motion for partial summary judgment to Tuesday, October 9, 2018, and the deadline for defendants' reply brief to Tuesday, October 16, 2018. In the alternative, the parties stipulate and request to extend the deadline for plaintiffs' opposition to Monday, October 8, 2018 (Columbus Day) only.

There is good cause to grant this request, as set forth below and in the declaration of plaintiffs' counsel, Liza Cristol-Deman, filed herewith.

First, it is by joint stipulation of the parties.

Second, plaintiffs' time for filing opposition briefing and supporting documentation is cut short by the Columbus Day holiday on Monday, October 8, 2018. Under Rule 6(a)(5) of the Federal Rules of Civil Procedure, the Columbus Day holiday moves back the deadline for plaintiffs' opposition by three days, to Friday, October 5, 2018. Given the importance of a dispositive motion, plaintiffs require the full notice period to brief the issues and compile relevant evidence.

Third, the parties propose two possible solutions. One possible schedule, Schedule 1, would continue the deadline for plaintiffs' opposition and defendants' reply by one day. If that schedule is unacceptable to the Court, Schedule 2 would allow plaintiffs to file their opposition on Columbus Day and keep defendants' deadline for their reply on Monday, October 15. The date for hearing defendants' motion need not change under either schedule. Both briefing schedules are set forth below:

|  | **Schedule 1** | **Schedule 2** |
| --- | --- | --- |
| Defendants' motion (ECF 27) filed on September 10, 2018 | | |
| Opposition due: | Tuesday, October 9, 2018 | Monday, October 8, 2018 |
| Reply due: | Tuesday, October 16, 2018 | Monday, October 15, 2018 |
| Hearing | Monday, October 22, 2018 | Monday, October 22, 2018 |

1        This is the first extension of time for briefing related to this motion that either party has sought. The parties previously applied for, and the Court granted, brief extensions of time for discovery and expert disclosures. (ECF 23-24.)

       A proposed order is lodged herewith.

                                 Respectfully submitted,

Dated: October 4, 2018                BRANCART & BRANCART

                                  By:    */s/ Liza Cristol-Deman*
                                       Liza Cristol-Deman
                                       Attorney for all Plaintiffs

Dated: October 4, 2018                GORDON REES SCULLY MANSUKHANI, LLP

                                    By:    */s/ André M. Picciurro*
                                     (as authorized on October 4, 2018)
                                     Attorneys for Defendants
                                     DHARAM PAL AND VIJAY PAL

JOINT APPLICATION AND STIPULATION TO EXTEND TIME AND SET BRIEFING SCHEDULE FOR DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT; PROPOSED ORDER

PROPOSED ORDER

Based on the application and stipulation of the parties, and good cause appearing therefor, the Court hereby sets the following briefing schedule for Defendants' motion for partial summary judgment (ECF 27), filed on September 10, 2018:

Plaintiffs opposition and related documents shall be filed on October 9, 2018.

Defendants' reply shall be filed on October 16, 2018.

The hearing will take place as previously noticed on October 22, 2018.

IT IS SO ORDERED.

Dated: October 5, 2018

_____
SENIOR DISTRICT JUDGE