BASHAR ALGABYALI (SBN: 248265)
Balgabyali@gbla.org
JINA KIM (SBN: 276706)
Jkim@gbla.org
GREATER BAKERSFIELD LEGAL ASSISTANCE
615 California Ave.
Bakersfield, Ca 93304
Tel: (661) 325-5943

CHRISTOPHER BRANCART (SBN: 128475)
Cbrancart@brancart.Com
LIZA CRISTOL-DEMAN (SBN: 190516)
Lcristoldeman@brancart.Com
BRANCART & BRANCART
Post Office Box 686
Pescadero, Ca 94060
Tel: (650) 879-0141

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO TOLLS, TANISHA WILEY, TANYA MORRISON, and ARISSA DICKSON TOLLS,<br><br>Plaintiffs,<br><br>vs.<br><br>DHARAM PAL and VIJAY PAL,<br><br>Defendants. | CASE NO. 1:17-CV-00776-AWI-JLT<br><br>**UNOPPOSED REQUEST TO EXCUSE PLAINTIFF MARIO TOLLS FROM SETTLEMENT CONFERENCE; [~~PROPOSED~~] ORDER**<br><br>(Doc. 44) |

Plaintiffs respectfully request that the Court excuse one of the plaintiffs, Mario Tolls, from the settlement conference scheduled for January 7, 2019, due to an unavoidable work conflict. Mr. Tolls will be available by phone and SMS, and the other three plaintiffs – including Mr. Tolls' wife and co-plaintiff -- will be present.

There is good cause to grant this request. Mr. Tolls was recently hired by Omni Trans as a bus operator for the County of San Bernardino. His first day on the job is January 7, 2019 --

-1-

the same date as the settlement conference. Mr. Tolls cannot take the day off to attend the settlement conference without jeopardizing his new job.

Mr. Tolls will make arrangements with his new employer to take breaks as necessary in order to call-in or receive calls from the settlement conference.

Defendants have informed plaintiffs that they do not oppose this request.

A proposed order follows.

Respectfully submitted,

Dated: January 1, 2019          BRANCART & BRANCART

*/s/ Liza Cristol-Deman*
Liza Cristol-Deman
Attorney for all Plaintiffs


IT IS SO ORDERED.

Dated: **January 2, 2019**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE