# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA MORRISON et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DHARAM PAL et al.,<br><br>Defendants. | CASE NO. 1:17-cv-00776-AWI-JLT<br><br>**ORDER DENYING PARTIES' STIPULATION TO AMEND BRIEFING SCHEDULE FOR MOTIONS IN LIMINE**<br><br>(Doc. No. 43) |

This lawsuit is about four renters who allege that they were treated unlawfully by their landlords. The trial in this lawsuit is scheduled to begin on February 5, 2019. See Doc. No. 41. The deadline for the parties to file motions in limine is January 4, 2019. See id.

Before the Court is the parties' joint stipulation to amend the motions in limine briefing schedule. See Doc. No. 43. In their joint stipulation, the parties propose the following briefing schedule:

| Event | Current deadline | Proposed deadline |
|---|---|---|
| File motions in limine | January 4, 2019 | January 10, 2019 |
| File oppositions to motions in limine | January 14, 2019 | January 17, 2019 |
| Hearing on motions in limine | January 22, 2019 | (no change) |

The parties assert that good cause exists for their proposed briefing schedule because the parties are scheduled to participate in a settlement conference with Magistrate Judge Thurston on January 7, 2019, and "it will increase the chance of settlement to conserve costs by postponing the preparation of motions in limine until after the settlement conference." Doc. No. 43-1.

However, the Court concludes that the parties' proposed briefing schedule increases the burden on the Court. Specifically, the parties' proposed briefing schedule reduces the Court's window of time from five to two business days to analyze the oppositions to the motions in limine before the hearing on the motions in limine.

For this reason, the Court will deny the parties' proposed briefing schedule. However, mindful that the parties may file a renewed stipulation to amend the briefing schedule, the Court notes that it is not opposed to amending the deadline for the parties to file motions in limine from January 4, 2019, to January 10, 2019 — so long as the Court's window of time between the opposition deadline (January 14, 2019) and the hearing on the motions in limine (January 22, 2019) is not reduced.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that the parties' joint stipulation to amend the motion in limine briefing schedule (Doc. No. 43) is DENIED.

IT IS SO ORDERED.

Dated:   January 2, 2019            _____
                                    SENIOR DISTRICT JUDGE