# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA MORRISON et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DHARAM PAL et al.,<br><br>    Defendants. | **CASE NO. 1:17-cv-00776-AWI-JLT**<br><br>**ORDER GRANTING PARTIES' STIPULATION TO AMEND BRIEFING SCHEDULE FOR MOTIONS IN LIMINE**<br><br>(Doc. No. 47) |

This lawsuit is about four renters who allege that they were treated unlawfully by their landlords. The trial in this lawsuit is scheduled to begin on February 5, 2019. See Doc. No. 41. The deadline for the parties to file motions in limine is January 4, 2019. See id.

Before the Court is the parties' revised joint stipulation to amend the motions in limine briefing schedule. See Doc. No. 47.[1] In their revised joint stipulation, the parties propose the following briefing schedule:

| Event | Current deadline | Proposed deadline |
|---|---|---|
| File motions in limine | January 4, 2019 at 4:00 p.m. | January 10, 2019 |
| File oppositions to motions in limine | January 14, 2019 at 4:00 p.m. | (no change) |
| File replies to oppositions to motions in limine | January 17, 2019 at 4:00 p.m. | (no change) |
| Hearing on motions in limine | January 22, 2019 at 10:00 a.m. | (no change) |

---

[1] The briefing schedule for the motions in limine was established in the Court's Pretrial Order. See Doc. No. 41. The parties' first joint stipulation to amend the motions in limine briefing schedule, Doc. No. 43, was denied by the Court. See Doc. No. 46.

The parties assert that good cause exists for their proposed amendment to the motions in limine briefing schedule because the parties are scheduled to participate in a settlement conference with Magistrate Judge Thurston on January 7, 2019, and "it will increase the chance of settlement to conserve costs by postponing the preparation of motions in limine until after the settlement conference." Doc. No. 43-1.

The Court finds good cause for the parties' proposed amendment to the motions in limine briefing schedule.

## **ORDER**

Accordingly, IT IS HEREBY ORDERED as follows:

1. The parties' joint stipulation to amend the motions in limine briefing schedule (Doc. No. 47) is GRANTED;
2. By **4:00 p.m. on January 10, 2019**, all motions in limine, with supporting points and authorities, shall be filed and served either personally or by facsimile upon opposing counsel.
3. The Pretrial Order's schedule and instructions for oppositions, replies, and the hearing for the motions in limine remain unchanged and in effect.

IT IS SO ORDERED.

Dated: January 3, 2019

SENIOR DISTRICT JUDGE