BASHAR ALGABYALI (SBN: 248265)
balgabyali@gbla.org
JINA KIM (SBN: 276706)
jkim@gbla.org
GREATER BAKERSFIELD LEGAL ASSISTANCE
615 California Ave.
Bakersfield, CA 93304
Tel: (661) 325-5943

CHRISTOPHER BRANCART (SBN: 128475)
cbrancart@brancart.com
LIZA CRISTOL-DEMAN (SBN: 190516)
lcristoldeman@brancart.com
BRANCART & BRANCART
Post Office Box 686
Pescadero, CA 94060
Tel: (650) 879-0141

Attorneys for Plaintiffs

JASON F. MEYER (SBN: 190800)
jmeyer@grsm.com
ANDRÉ M. PICCIURRO (SBN: 239132)
apicciurro@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 230-7772
Facsimile: (619) 696-7124

Attorneys for Defendants
DHARAM PAL and VIJAY PAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO TOLLS, TANISHA WILEY, TANYA MORRISON, and ARISSA DICKSON TOLLS,<br><br>Plaintiffs,<br><br>vs.<br><br>DHARAM PAL and VIJAY PAL,<br><br>Defendants. | CASE NO. 1:17-CV-00776-AWI-JLT<br><br>**NOTICE OF TENTATIVE SETTLEMENT; [~~PROPOSED~~] ORDER VACATING PRETRIAL DATES AND TRIAL** |

-1-
NOTICE OF TENTATIVE SETTLEMENT; [~~PROPOSED~~] ORDER VACATING PRETRIAL DATES AND TRIAL

Pursuant to the Minute Order issued by Magistrate Judge Thurston dated January 7, 2019 (ECF 49), the parties hereby advise the Court that they have reached a tentative settlement. The parties have agreed on the monetary component of settlement and are working diligently to reach agreement on the non-monetary components. The parties anticipate filing settlement documents, including a stipulation for issuance of proposed consent decree, within the next 21 days.

The parties further request that the Court vacate all upcoming deadlines and the trial date. A proposed order follows.

Respectfully submitted,

Dated: January 9, 2019     BRANCART & BRANCART

*/s/ Liza Cristol-Deman*
Liza Cristol-Deman
Attorney for all Plaintiffs

Dated: January 9, 2019     GORDON REES SCULLY MANSUKHANI, LLP

*/s/ André M. Picciurro*
(as authorized on January 9, 2019)
Attorneys for Defendants
DHARAM PAL AND VIJAY PAL

# [~~PROPOSED~~] ORDER

Based on the notice of tentative settlement filed by the parties, and good cause appearing, the Court **ORDERS**:

1. The stipulation for issuance of a consent decree **SHALL** be filed no later than January 31, 2019;

2. All pending dates, conferences and hearings are **VACATED**. **The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

    Dated: __January 10, 2019__          /s/ Jennifer L. Thurston
                                                        UNITED STATES MAGISTRATE JUDGE