

FILED

FEB 7 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MARIO TOLLS, TANISHA WILEY, TANYA MORRISON, and ARISSA DICKSON TOLLS,

    Plaintiffs,

vs.

DHARAM PAL and VIJAY PAL,

    Defendants.

CASE NO. 1:17-CV-00776-AWI-JLT

[PROPOSED] CONSENT DECREE AND FINAL ORDER

    This action was brought by plaintiffs Mario Tolls, Tanisha Wiley, Tanya Morrison, and Arissa Dickson Tolls against defendants Dharam Pal and Vijay Pal, alleging that defendants violated the federal Fair Housing Act, 42 U.S.C. §§ 3601, *et seq.*, and related California state laws, breached the warranty of habitability, and violated other housing-related laws. Defendants have denied all material allegations in the complaint.

    The parties have agreed that in order to avoid protracted and costly litigation, the controversy should be resolved without a trial and therefore have consented to entry of this decree. By entering into this consent decree, defendants make no admission of liability or wrongdoing in connection with the allegations and claims made by plaintiffs.

    It is hereby ordered, adjudged and decreed that:

///

///

USDC CASE NO. 1:17-CV-00776-AWI-JLT

### A. Monetary Payments

1. Defendants shall make a monetary payment in the amount of two hundred twenty-five thousand dollars ($225,000.00) in the form of a check or checks made payable to the Attorney-Client Trust Account of Brancart & Brancart, and shall deliver that payment to Brancart & Brancart, 8205 Pescadero Road, Loma Mar, CA 94021 within forty-five (45) days of entry of this decree. This payment shall be inclusive of any claim for damages, attorneys' fees or costs claimed by plaintiffs.

### B. Mutual Release & Dismissal

2. Plaintiffs and defendants shall execute a mutual waiver and release indicating that this decree constitutes a full and final settlement of any and all claims that each has related to the claims in this action and the plaintiffs' tenancies at Terrace Way. Each mutual release shall include a waiver of Civil Code section 1542, and include all known and unknown claims. Following payment of the monetary portion of the settlement, the parties will file a stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41(b)(ii), subject to the terms of this decree, reserving jurisdiction for purposes of enforcement.

### C. Equitable Terms

3. Defendants, their officers, managers, and agents, shall comply with the following terms:

    a. Defendants shall be prohibited from engaging in unlawful discrimination in housing;

    b. Defendants shall distribute to the managers of the Terrace Way Apartments complex, and follow, a written policy providing for equal treatment of all tenants and applicants regardless of race;

    c. Defendants and the managers of the Terrace Way Apartments complex shall participate in a fair housing training within 30 days of entry of this consent decree, and any later retained managers shall participate in a fair housing training within 30 days of their retention, subject to the availability of such training sessions within 30 days, offered by a HUD approved fair housing training provider, such as GBLA;

d. Defendants shall remediate any habitability violations as determined by Bakersfield Code Enforcement at the Terrace Way Apartments within 30 days of issuance of this order;

e. Defendants shall include the fair housing logo or tagline, "Equal opportunity housing provider," or words to that effect, on all advertisements or postings for vacancies at the Terrace Way Apartments complex;

f. From the date of entry of this consent decree and forward, defendants shall maintain copies of all rental records, including applications, reference checks, rental agreements, correspondence, phone and traffic logs, surveillance videos, move-out notices and eviction documents, to the extent they exist, for a period of not less than two years.

g. Defendants shall send a letter annually to GBLA certifying that they have complied with these terms in the preceding year.

### D. Enforcement

4. The district court shall retain jurisdiction over this action and its parties for the duration of this decree for the purpose of enforcing and modifying its terms. This decree shall be in effect for a period of five (5) years from its date of entry, or until defendants no longer own the Terrace Way Apartments complex, whichever comes first.

Ordered this 7th day of February, 2019

_____
Honorable Anthony W. Ishii
United States District Judge

Approved as to content and form:

GREATER BAKERSFIELD LEGAL ASSISTANCE

/s/ Jina Kim
Attorneys for Plaintiffs

-3-

USDC CASE NO. 1:17-CV-00776-AWI-JLT

|                                              | BRANCART & BRANCART                                      |
|----------------------------------------------|----------------------------------------------------------|
|                                              | /s/ *Liza Cristol-Deman*                                 |
|                                              | Attorneys for Plaintiffs                                 |
|                                              |                                                          |
|                                              | GORDON & REES                                            |
|                                              |                                                          |
|                                              | /s/ *André M. Picciuro*                                  |
|                                              | (as authorized on January 31, 2019)                      |
|                                              | Attorney for Defendants                                  |

APPROVED AS TO TERMS:

___SEE ATTACHED_____     _____
Plaintiff Tanya Morrison Lewis                              Date

___SEE ATTACHED_____     _____
Plaintiff Arissa Dickson Tolls                              Date

___SEE ATTACHED_____     _____
Plaintiff Mario Tolls                                       Date

___SEE ATTACHED_____     _____
Plaintiff Tanisha Wiley                                     Date

___*Dharam Pal* (signature)_____  X  __1-30-2018__
Defendant Dharam Pal                                        Date

___*Vijay Pal* (signature)_____  X  __1-30-2018__
Defendant Vijay Pal                                         Date

-4-

USDC CASE NO. 1:17-CV-00776-AWI-JLT

BRANCART & BRANCART

/s/ Liza Cristol-Deman
Attorneys for Plaintiffs

GORDON & REES

/s/ André M. Picciuro
(as authorized on January 31, 2019)
Attorney for Defendants

APPROVED AS TO TERMS:

_Tanya Lewis_ (signature)     1-30-19
Plaintiff Tanya Morrison Lewis     Date

_____     _____
Plaintiff Arissa Dickson Tolls     Date

_____     _____
Plaintiff Mario Tolls     Date

_Tanisha Wiley_ (signature)     1-31-19
Plaintiff Tanisha Wiley     Date

_____     _____
Defendant Dharam Pal     Date

_____     _____
Defendant Vijay Pal     Date

```
 1                                              BRANCART & BRANCART
 2
 3                                              /s/ Liza Cristol-Deman
                                                Attorneys for Plaintiffs
 4
 5                                              GORDON & REES
 6                                              /s/ André M. Picciuro
                                                (as authorized on January 31, 2019)
 7                                              Attorney for Defendants
 8   APPROVED AS TO TERMS:
 9
10   _____          _____
     Plaintiff Tanya Morrison Lewis             Date
11
12                                                        1-30-19
13   _____          _____
     Plaintiff Arissa Dickson-Tolls             Date
14
15   _____                    1-30-19
     Plaintiff Mario Tolls                      _____
16                                              Date
17
18   _____          _____
     Plaintiff Tanisha Wiley                    Date
19
20
21   _____          _____
     Defendant Dharam Pal                       Date
22
23   _____          _____
     Defendant Vijay Pal                        Date
24
25
26
27
28
                                         -4-B
                                                    USDC CASE NO. 1:17-CV-00776-AWI-JLT
```